**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    RYAN MUCCULAR, an individual,

10          Plaintiff,                              No. C 12-05073 WHA

11       v.

12   WALKUP, MELODIA, KELLY &              **ORDER SETTING HEARING**
     SCHOENBERGER, a California Professional   **ON DEFENDANT'S**
13   Corporation, and DOES 10, inclusive,    **DISCOVERY DISPUTE**

14          Defendants.
                                        /
15   ——————————————————————————

16       In response to defendant's letter of March 27, 2013, the Court **SETS** a three-and-a-half-

17   hour meet-and-confer in the Court's jury room starting from **9:30 A.M. AND CONTINUING TO**

18   **1:30 P.M. (WITH HALF-HOUR AT NOON FOR LUNCH) ON THURSDAY, APRIL 4** in the Court's jury

19   room on the eighteenth floor of the San Francisco courthouse.  At 1:30 p.m., the Court shall hear

20   any remaining unresolved issue(s).  Plaintiff's response is due to noon on April 2.  Please buzz

21   chambers to be let into the jury room.

22       Please note that only those attorneys who personally participate in the meet-and-confer in

23   the Court's jury room may be heard at the hearing.

24

25       **IT IS SO ORDERED.**

26   Dated:  March 29, 2013.

27                                        _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
28