United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR, an individual,

    Plaintiff,

v.

WALKUP, MELODIA, KELLY & SCHOENBERGER, a California Professional Corporation, and DOES 10, inclusive,

    Defendants.

No. C 12-05073 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

In response to defendant's letter of March 27, 2013, the Court **SETS** a three-and-a-half-hour meet-and-confer in the Court's jury room starting from **9:30 A.M. AND CONTINUING TO 1:30 P.M. (WITH HALF-HOUR AT NOON FOR LUNCH) ON THURSDAY, APRIL 4** in the Court's jury room on the eighteenth floor of the San Francisco courthouse. At 1:30 p.m., the Court shall hear any remaining unresolved issue(s). Plaintiff's response is due to noon on April 2. Please buzz chambers to be let into the jury room.

Please note that only those attorneys who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 29, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE