IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR, an individual,

    Plaintiff,

v.

WALKUP, MELODIA, KELLY & SCHOENBERGER, a California professional corporation, and DOES 1 through 10, inclusive,

    Defendants.

No. C 12-05073 WHA

**ORDER RE DISCOVERY DISPUTE**

Plaintiff's unavailability to attend the discovery dispute is noted. The Court requests that the parties find a date and time mutually convenient to both sides for the meet-and-confer and discovery hearing. In the meantime, until a new date and time is chosen, the discovery hearing shall remain on April 4.

**IT IS SO ORDERED.**

Dated: April 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE