IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR, an individual,

    Plaintiff,

v.

WALKUP, MELODIA, KELLY & SCHOENBERGER, a California professional corporation, and DOES 1 through 10, inclusive,

    Defendants.
    /

No. C 12-05073 WHA

**ORDER CONTINUING MEET-AND-CONFER AND DISCOVERY HEARING**

    The Court **CONTINUES** the four-hour meet-and-confer to **MONDAY, APRIL 22, 2013, STARTING AT 9:30 A.M. AND CONTINUING TO 2:00 P.M.** (with half-hour off at noon for lunch) in the Court's jury room. The discovery hearing will commence at 2:00 p.m.

    **THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: April 3, 2013.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE