**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUCCULAR, an individual, | |
| Plaintiff, | No. C 12-05073 WHA |
| v. | |
| WALKUP, MELODIA, KELLY & SCHOENBERGER, a California professional corporation, and DOES 1 through 10, inclusive, | **ORDER CONTINUING MEET-AND-CONFER AND DISCOVERY HEARING** |
| Defendants. | |

The Court **CONTINUES** the four-hour meet-and-confer to **MONDAY, APRIL 22, 2013, STARTING AT 9:30 A.M. AND CONTINUING TO 2:00 P.M.** (with half-hour off at noon for lunch) in the Court's jury room. The discovery hearing will commence at 2:00 p.m.

**THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: April 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE