IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR, an individual,

    Plaintiff,

v.

WALKUP, MELODIA, KELLY & SCHOENBERGER, a California Professional Corporation, and DOES 10, inclusive,

    Defendants.
    /

No. C 12-05073 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

    In response to defendant's May 24, 2013, letter, the Court **SETS** a one-and-one-half-hour meet-and-confer in the Court's jury room starting at **10:00 A.M. AND CONTINUING TO 11:30 A.M. ON TUESDAY, JUNE 4, 2013**. At 11:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Plaintiff's response is due by noon on May 31. Please buzz chambers at 10:00 a.m. on June 4 to be let into the jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room on June 4 may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: May 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE