SMITH PATTEN
SPENCER SMITH (SBN: 236587)
spencer@smithpatten.com
DOW W. PATTEN (SBN:135931)
dow@smithpatten.com
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorney for Plaintiff
RYAN MUCCULAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUCCULAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALKUP, MELODIA, KELLY & SCHOENBERGER, a California Professional Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-12-5073 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: August 1, 2013<br>Proposed Hearing Date: August 15, 2013<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Trial Date: January 6, 2014 |

THE PARTIES BY THEIR UNDERSIGNED COUNSEL HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. In order to accommodate unavailability due to prior scheduling and the upcoming Independence Day holiday weekend, the parties hereby agree to the following briefing schedule and hearing date:

2. The deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is July 10, 2013.

STIP. AND ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE OF DEF.'S MSJ

3. The deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is July 17, 2013.

4. The hearing date for Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is August 15, 2013, at 8:00 a.m. in Courtroom 8, 19th Floor.

**IT IS SO AGREED.**

Dated: June 25, 2013                    SMITH PATTEN

                                         */s/ Dow W. Patten*
                                        SPENCER F. SMITH, ESQ.
                                        DOW W. PATTEN, ESQ.
                                        Attorneys for Plaintiff

Dated: June 25, 2013                    GORDON & REES LLP

                                         */s/ Macrie S. Isom*
                                        MICHAEL D. BRUNO, ESQ.
                                        MARCIE S. ISOM, ESQ.
                                        Attorneys for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED,**

                                        THE HONORABLE WILLIAM H. ALSUP

2

STIP. AND ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE OF DEF.'S MSJ