IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR,

    Plaintiff,

  v.

WALKUP, MELODIA, KELLY & SCHOENBERGER,

    Defendant.

No. C 12-05073 WHA

**ORDER SETTING HEARING SCHEDULE**

In the interest of judicial efficiency, defendant's motion for summary judgment (Dkt. No. 37) and defendant's motion to compel discovery (Dkt. No. 61) will be heard on the same date: **SEPTEMBER 5 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE