IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUCCULAR,<br><br>  Plaintiff,<br><br>  v.<br><br>WALKUP, MELODIA, KELLY & SCHOENBERGER,<br><br>  Defendant.<br>                                                               / | No. C 12-05073 WHA<br><br>**ORDER SETTING<br>HEARING SCHEDULE** |

In the interest of judicial efficiency, defendant's motion for summary judgment (Dkt. No. 37) and defendant's motion to compel discovery (Dkt. No. 61) will be heard on the same date: **SEPTEMBER 5 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 25, 2013.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE