United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUCCULAR,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER,<br><br>    Defendant.<br>                                              / | No. C 12-05073 WHA<br><br>**ORDER REFERRING**<br>**ALL DISCOVERY DISPUTES**<br>**TO A RANDOMLY-ASSIGNED**<br>**MAGISTRATE JUDGE** |

      Plaintiff has filed a discovery letter regarding disputes over various ESI issues. Due to the repeated number of discovery disputes in this action, the present discovery disputes and all further discovery disputes shall be referred to and resolved by a randomly-assigned magistrate judge. The parties must be mindful of the case management deadlines and bring all discovery disputes to the magistrate judge's attention in a timely manner. The responsibility is on counsel to diligently prosecute all motions to compel, after meeting and conferring, such that the magistrate judge will have time to resolve them within the schedule set forth in the case management order. If any party seeks an extension of a deadline based upon discovery misconduct by the other side, please request that the magistrate judge make a recommendation as to whether or not there has been such misconduct. The magistrate judge is requested to assist the

1  Court in adhering to the case management schedule by issuing timely rulings on the parties'
2  discovery disputes.

**IT IS SO ORDERED.**

Dated:   July 29, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2