UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN MUCCULAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALKUP, MELODIA, KELLY & SCHOENBERGER,<br><br>　　　　Defendant. | Case No. 12-cv-05073 WHA (NC)<br><br>**ORDER SETTING HEARING RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 61, 64 |

　　　Judge Alsup referred all pending and future discovery disputes in this case to this Court. Dkt. No. 67. The Court will hold a hearing to address the two present disputes—defendant's motion to compel and for sanctions (Dkt. No. 61) and plaintiff's letter brief (Dkt. No. 64)—on August 21, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

　　　IT IS SO ORDERED.

　　　Date: August 1, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge