IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN MUCCULAR, an individual,

    Plaintiff,

  v.

WALKUP, MELODIA, KELLY & SCHOENBERGER, a California Professional Corporation, and DOES 10, inclusive,

    Defendants.

No. C 12-05073 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks defendant for its notice of settlement but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: August 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE