SMITH PATTEN
SPENCER SMITH (SBN: 236587)
spencer@smithpatten.com
DOW W. PATTEN (SBN:135931)
dow@smithpatten.com
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorney for Plaintiff
RYAN MUCCULAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUCCULAR, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>WALKUP, MELODIA, KELLY & SCHOENBERGER, a California Professional Corporation; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. C-12-5073 WHA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE |

Based upon the Notice of Settlement (Dkt # 71) and the Request for Dismissal of all parties and all claims based upon written settlement, it is hereby ORDERED that this matter be DISMISSED WITH PREJUDICE as to all claims and all parties, each part to bear its own costs and fees.   The Clerk shall CLOSE THE FILE.

SO ORDERED, this 4th day of September, 2013.    _____

                                                                                            Hon. William H. Alsup
                                                                                            United States District Judge

1